

Max Cline, Esq. SBN 55533
Jason Cline, Esq. SBN 236531
Melanie Tavare, Esq. SBN 255581
Andrew Christensen, Esq. SBN 260748
The Cline Law Group
1300 Clay St. #600
Oakland, CA 94612
(510) 464-8068

Attorneys for Debtor

**The Relief Sought in the following order is DENIED. Signed October 31, 2012**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

\*\*\* See below for reason

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case Number 12-41471 RLE 13 |
| Ramiro Roman | Chapter 13 |
| Debtor | Order to Avoid Judicial Lien of Cavalry Portfolio Services, LLC on Debtor's Real Property |

**Order to Avoid Judicial Lien on Real Estate**

The motion of the above-named debtor, Ramiro Roman, to avoid lien of the respondent Cavalry Portfolio Services, LLC is granted.

It is hereby ORDERED and DECREED that the judicial lien held by Cavalry Portfolio Services, LLC in and on Debtor's residential real estate at 426 Paseo Grande, San Lorenzo, CA 94580 entered of record in Alameda County on 5/11/2010 as Document Number 2010-136784, Case No: HG08424924 for the amount of $9,207.48 be hereby avoided.

**End of Order**

```
*** Service is defective as the Motion was not served on
    counsel listed on the abstract as required by Cal. C.C.P.
    § 684.010.
```

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | Cavalry Portfolio Services, LLC |
| 3 | C/O Winn Law Group<br>110 E. Wilshire Ave, Suite 212 |
| 4 | Fullerton, CA 92832 |
| 5 | Cavalry Portfolio Services, LLC<br>Attn: Managing Officer |
| 6 | 4050 E. Cotton Center Blvd.<br>Phoenix, AZ 85040 |
| 7 | Cavalry Portfolio Services, LLC |
| 8 | C/O C T Corporation System, Attn: Officer<br>818 West Seventh Street 2nd Floor Los Angeles, CA 90017 |
| 9 | The following Parties were served electronically: |
| 10 | Bankruptcy Trustee<br>Martha G. Bronitsky |
| 11 | P.O. Box 5004<br>Hayward, CA 94540-5004 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |