Max Cline, Esq., SBN 55533
Jason Cline, SBN 236531
Andrew Christensen, Esq. 260748
The Cline Law Group
1300 Clay Street, Suite 600
Oakland, CA 94612
510-464-8068

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

**Ramiro Roman,**

       Debtor(s)

Case No.: 12-41471-RLE13
**Chapter 13**

**REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM NUMBER 1 FILED BY CAVALRY PORTFOLIO SERVICES, LLC**

The undersigned declares:

1. I am one of the attorneys for the Debtor(s) in the above action.

2. Debtor(s) filed an Objection to Claim number 1 filed by Cavalry Portfolio Services, LLC, and Notice and Opportunity for Hearing on August 31, 2012.

3. Copies of the Objection and Notice of Opportunity for Hearing have been served on all parties pursuant to Bankruptcy Rule 9014-1.

4. Debtor(s) request that an Order granting the Relief as proposed in said Objection be granted. The undersigned declares that his office has not received a request for a hearing within the time provided.

I, the undersigned, declare, under penalty of perjury under the law of the United States, that the foregoing is true and correct.

Dated this January 7, 2013                 ____/s/ Jason Cline_____
                                                            Jason Cline, Esq.
                                                            Attorney for Debtor(s)